**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| RUBY K. SHEPHERD | ) | BANKRUPTCY CASE NUMBER 06-10778 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1.  The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2.  The Trustee filed her Amended Final Report And Distribution Summary on March 10, 2010, and issued checks as proposed in said proposed distribution.

3.  That Check #10107 issued to Diversified Company, 3701 South Lindberg, Saint Louis, MO 63127 on April 1, 2010 in the amount of $224.00 was returned as undeliverable by the Post Office.

4.  That Check #10113 issued to Diversified Company, 3701 South Lindberg, Saint Louis, MO 63127 on April 1, 2010 in the amount of $42.82 was returned as undeliverable by the Post Office.

5.  That the Trustee hereby gives notice that such total amount of **$266.82** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 9th day of April, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, <u>USTPRegion10.SO.ECF@usdoj.gov,</u>, and was sent via first class United States mail, postage prepaid, to:  Diversified Company, 3701 South Lindberg, Saint Louis, MO 63127.

               ____/s/ Yvette Gaff Kleven_____
               Yvette Gaff Kleven