UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| RUBY K. SHEPHERD | ) | BANKRUPTCY CASE NUMBER 06-10778 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**THIRD NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Amended Final Report And Distribution Summary on March 10, 2010, and issued checks as proposed in said proposed distribution.

3. That Check #10106 issued to Capital One Bank, Post Office Box 790216, Saint Louis, MO 63179-0216 on April 1, 2010 in the amount of $102.00 was returned as undeliverable by the Post Office.

4. That Check #10112 issued to Capital One Bank, Post Office Box 790216, Saint Louis, MO 63179-0216 on April 1, 2010 in the amount of $19.50 was returned as undeliverable by the Post Office.

5. That the Trustee hereby gives notice that such total amount of **$121.50** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

   /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of April, 2010, a true and correct copy of the above and foregoing Third Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to:  Capital One Bank, Post Office Box 790216, Saint Louis, MO 63179-0216.

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven