UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| RUBY K. SHEPHERD | ) | BANKRUPTCY CASE NUMBER 06-10778 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**FOURTH NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Amended Final Report And Distribution Summary on March 10, 2010, and issued checks as proposed in said proposed distribution.

3. That Check #10108 issued to Fingerhut, P.O. Box 3335, Saint Cloud, MN 56372 on April 1, 2010 in the amount of $272.00 was returned as undeliverable by the Post Office.

4. That Check #10114 issued to Fingerhut, P.O. Box 3335, Saint Cloud, MN 56372 on April 1, 2010 in the amount of $51.99 was returned as undeliverable by the Post Office.

5. That the Trustee hereby gives notice that such total amount of **$323.99** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana  46802
Telephone:  260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of April, 2010, a true and correct copy of the above and foregoing Fourth Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to:  Capital One Bank, Post Office Box 790216, Saint Louis, MO 63179-0216.


                                  ____/s/ Yvette Gaff Kleven_____
                                  Yvette Gaff Kleven